DECEMBER 7, 1981

No. 81–5280.  LeMay *v.* Tennessee.  Appeal from Ct. Crim. App. Tenn. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5566.  Denardo *v.* Murphy.  Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–447.  In re Myles.  Application for writ of habeas corpus, addressed to The Chief Justice and referred to the Court, denied.

No. 89, Orig.  California ex rel. State Lands Commission *v.* United States.  Motion of California for summary judgment is consolidated for oral argument with the motion of the United States for judgment on the pleadings. Opening briefs on both motions shall be filed within 45 days from November 30, 1981.  Reply briefs, if any, may be filed within 30 days of receipt of the opening briefs.  [For earlier order herein, see, *e. g.*, *ante,* p. 1077.]

No. 80–2116.  Williams *v.* United States.  C. A. 5th Cir.  The order entered November 9, 1981 [*ante,* p. 1030], is amended to read as follows: Certiorari granted limited to Questions 3 and 4 presented by the petition.

No. 80–2205.  Finley, Clerk of the Circuit Court of Cook County, Illinois *v.* Murray.  C. A. 7th Cir.  [Certiorari granted, *ante,* p. 962.]  Motion for appointment of counsel granted, and it is ordered that John S. Elson, Esquire, of Chicago, Ill., be appointed to serve as counsel for respondent in this case.